# United States District Court
## Southern District of Georgia

| | |
|---|---|
| **UMG, ETAL** <br> Plaintiff | Case No. **CV205-226** |
| v. | Appearing on behalf of |
| **PEGGY MERILL** <br> Defendant | **PLAINTIFFS** <br> (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This **13th** day of **Dec.**, **2005**.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** T. JOSHUA ARCHER

**Business Address:** Balch & Bingham, LLP
Firm/Business Name

Fourteen Piedmont Ctr, Ste. 1100, 3535 Piedmont Road, N.E.
Street Address

Atlanta     Georgia  30305
Street Address (con't)     City     State     Zip

Mailing Address (if other than street address)

Address Line 2     City, State, Zip

404-760-3556     No. 021208
Telephone Number (w/ area code)     Georgia Bar Number