ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> PEGGY MERRILL, <br><br> Defendant. | CIVIL ACTION NO. <br> CV-205-226 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) and by and through their respective counsel, Plaintiffs UMG Recordings, Inc., Priority Records LLC, Elektra Entertainment Group Inc., Sony BMG Music Entertainment, and Atlantic Recording Corporation, and Defendant Peggy Merrill hereby file this Joint Stipulation of Dismissal. Plaintiffs and Defendant stipulate that all pending claims against Defendant are dismissed with prejudice.

APPROVED:

_____
Judge, U. S. District Court
5/24/06

[Signatures on next page]

Respectfully submitted this 22ND day of May, 2006.

**CONSENTED TO BY:**

_____
Michael J. Bowers
Georgia Bar No. 071650
T. Joshua R. Archer
Georgia Bar No. 021208
BALCH & BINGHAM LLP
30 Allen Plaza
30 Ivan Allen, Jr. Blvd, NW, Suite 700
Atlanta, Georgia 30308
(404) 261-6020

_____
Terry L. Readdick
Georgia Bar No. 597200
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND, &
WATKINS, LLP
P.O. Box 220
Brunswick, Georgia 31521-0220
(912) 264-8544

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **JOINT STIPULATION OF DISMISSAL** has been served upon the following by causing a copy to be deposited in the United States Mail, properly addressed and postage prepaid, on this the \_\_\_\_ day of May, 2006:

>Terry L. Readdick, Esq.
>Brown, Readdick, Bumgartner,
>Carter, Strickland & Watkins LLP
>Five Glynn Avenue
>P.O. Box 220
>Brunswick, GA 31521-0220

>T. Joshua R. Archer
>Georgia Bar No. 021208